# Robinson+Cole

IAN T. CLARKE-FISHER

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
iclarke-fisher@rc.com
Direct (212) 451-2974

Also admitted in Connecticut
and Massachusetts

November 15, 2023

*Via ECF*

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *Frangie Espinal, On Behalf of Herself and All Other Persons Similarly Situated v. Viking River Cruises, Inc.*
**Case No. 23-cv-8110 (SHS)**
**Request to Adjourn Initial Pleading Deadline and Status Conference (On Consent)**

Dear Judge Stein:

We represent the Defendant, Viking River Cruises, Inc. ("Defendant"), in the above-referenced action.

Pursuant to Rule 1.E. of Your Honor's Individual Practices, we write to respectfully request an initial extension of time of 30 days to answer, move or otherwise respond to the Complaint, from November 20, 2023, to and including December 20, 2023.  In addition, we write to respectfully request that the Initial Pretrial Conference ("Conference") currently scheduled for November 29, 2023 (Doc. No. 6) be adjourned to some date at the Court's convenience after January 2, 2024.

Good cause exists for the requested extension and adjournment because Defendant is in the process of reviewing and investigating the Plaintiff's claims relating to Defendants' website accessibility, at which point the Parties will need to meet and confer pursuant to the Court's rules in advance of the anticipated Conference.

This is the Defendant's first request for an adjournment of the Conference and extension of the pleading deadline. This request does not affect any other dates. Plaintiff consents to this request.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Sidney H. Stein
United States District Judge
November 15, 2023
Page 2

We thank the Court for its consideration in this matter.

Respectfully submitted,

Ian T. Clarke-Fisher

cc: All Counsel of Record (*via* ECF)

The last day for defendant to respond to the complaint is extended to December 20, 2023. The initial pretrial conference is adjourned to January 11, 2024, at 12:00 p.m.

Dated: New York, New York
       November 16, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.