UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| FRANGIE ESPINAL, | : | 23-Cv-8110 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| VIKING RIVER CRUISES, INC., | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The parties having filed a notice of settlement [ECF Doc. No. 11],

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       November 30, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.